ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Indictment |
| v. | ) | 1:01-CR-0031-MHS |
| | ) | |
| OSCAR FRONTERA | ) | |

## RESPONSE OF THE UNITED STATES
## TO DEFENDANT'S MOTION FOR RETURN OF PROPERTY

Defendant pleaded guilty to attempting to entice a minor to engage in unlawful sexual activity and possessing child pornography transmitted in interstate commerce. FBI agents executed a search warrant at defendant's residence and seized various articles of defendant's personal property during their investigation of defendant's criminal conduct. This property consists primarily of computer-related equipment. Defendant has moved the Court for an Order to compel the United States to return this property.

FBI Special Agent Steve Paganucci is supervisor of the Innocent Images Task Force in the Atlanta FBI office, and he can be contacted at 404/679-6000. Defense counsel or defendant are (and have been) free to contact Agent Paganucci

to arrange the return of his personal property to counsel, or an authorized family member, relative or personal representative. Accordingly, an Order compelling the return of this property is unnecessary, and defendant's motion should be denied as moot.

Date: April 27, 2005

Respectfully submitted,

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

WILLIAM G. TRAYNOR
ASSISTANT U.S. ATTORNEY
Georgia Bar Number 716634
600 United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
404/581-6000
404/581-6181 (fax)

## CERTIFICATE OF SERVICE

This is to certify that on this day I have served upon the following person copies of the foregoing document by causing a copy to be deposited in the United States mail addressed as follows:

>Oscar Frontera
>Inmate No. 52027-019
>Federal Correctional Institution
>PO Box 1000
>Loretto, PA 15940
>
>Regina Cannon Stephenson
>Federal Public Defender Program
>100 Peachtree St., NW, Suite 1700
>Atlanta, GA 30303

This 27th day of April, 2005.

WILLIAM G. TRAYNOR
ASSISTANT U.S. ATTORNEY