UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OSCAR FRONTERA, | CRIMINAL NO. 1:01-cr-31-MHS |
| Petioner, | |
| vs. | CIVIL ACTION FILE |
| UNITED STATES OF AMERICA, | NO. 1:05-cv-0905-MHS |
| Respondent. | |

### JUDGMENT

The Court having DENIED the motion filed pursuant to Title 28, United States Code, Section 2255,

Judgment is hereby entered in favor of the Respondent and against the petitioner.

Dated at Atlanta, Georgia this 6th day of June, 2005.

                                          LUTHER D. THOMAS
                                          CLERK OF COURT

                           By: *C. Rivera*
                                   Deputy Clerk

Filed: June 6, 2005
Entered:
In the Clerk's Office

Luther D. Thomas
Clerk of Court

By: *C. Rivera*
     Deputy Clerk