PROB 12
(Rev. 3/88)

ORIGINAL

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 2 2 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

U. S. A. vs. Oscar Frontera                                              Docket No. 1:01-CR-31-1

## PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Eric G. Christian PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Oscar Frontera who was placed on supervision for the offense of Enticement to Engage in Unlawful Sexual, Possession of Child Pornography, 18 U.S.C. §2422(b) & 18 U.S.C. §2252A (a)(5)(B), by the Honorable Marvin H. Shoob sitting in the court at Atlanta, on the 17 day of July, 2003 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court, and shall comply with the following additional conditions:

The defendant shall submit to one drug urinalysis within 15 days after being placed on supervision and at least two periodic tests thereafter.

Pursuant to 42 U.S.C. 14135a(d)(1) and 10 U.S.C. 1565(d), which requires mandatory DNA testing for federal offenders convicted of felony offenses, the defendant shall cooperate in the collection of DNA as directed by the probation officer.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall submit to a search of his person, property(real, personal, or rental), residence, office, and/or vehicle, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

The defendant shall participate in the mental health aftercare program including a psychosexual evaluation and counseling if deemed necessary and comply with the conditions of the sex offender contract under the guidance and supervision of the U.S. Probation Officer. If able, the defendant shall be required to contribute to the cost of services for each treatment.

Pursuant to 18 U.S.C. § 3583(d), the defendant shall submit his person, and any property, house, residence, vehicle, papers, computer other electronic communication or data storage devices or media, and effects, to search at any time, with or without a warrant, by any law enforcement or probation officer with reasonable suspicion concerning a violation of a condition of probation or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

The defendant shall permit confiscation and/or disposal of any material considered contraband or any other item which may be deemed to have evidentiary value related to violations of supervision.

The defendant is not to have access to a computer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Frontera remains homeless and unemployed with no prospect for a residence in the immediate future. His continued stay at Dismas will increase his ability to attend sex offender counseling at the Highland Institute.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to include: The defendant shall serve an additional four months in the Dismas Charities sanction center, as a condition of supervised release to become effective January 21, 2008. Dismas staff will assist the defendant in residential placement and possible employment. The defendant will follow said program rules and regulations. All of the originally imposed condition(s) of supervised release will remain in full effect.

ORDER OF COURT

Considered and ordered this 17th day of JANUARY, 2008

and ordered filed and made a part of the records in the above case.

Honorable Marvin H. Shoob
Senior U. S. District Court Judge

Respectfully,

Eric G. Christian
U. S. Probation Officer

Place: Atlanta, Georgia

Date: January 15, 2008

Philip N. Burgest  1/15/08
Supervising U. S. Probation Officer